**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123126

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LEIBOWITZ,<br><br>Plaintiff,<br><br>v.<br><br>GOOD LEAF, INC. d/b/a MERRY JANE,<br><br>Defendant. | Case No. 2:22-cv-00598-FLA-RAO<br><br>**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND REQUEST FOR AN EXTENSION OF TIME TO FILE DEFAULT MOTION**<br><br>Hon. Fred W. Slaughter |

Plaintiff respectfully submits the following in response to the Court's Order, dated June 21, 2022, directing Plaintiff to Show Cause as to why this case should not be dismissed without prejudice for lack of Prosecution. *Dkt. No.* 19. The Court issued the Order to Show Cause upon finding that more than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service on Defendant. *Id.*

## I. INTRODUCTION

Plaintiff respectfully submits that this action should not be dismissed for want of prosecution, insofar as neither Plaintiff nor counsel intended to have any dereliction in the prosecution of this case. Instead, the fact that a motion for default judgment was not filed was due to a series of unfortunate events, largely beyond Plaintiff's control.

## II. RESPONSE

Plaintiff filed the instant Complaint on January 27, 2022. *Dkt. No.* 1. The Clerk of the Court issued the requested Summons on the following day. *Dkt. No.* 9. Defendant was served on February 1, 2022, and proof of such service was filed with the Court on February 2, 2022. *Dkt. No.* 11. As a result, Defendant's Answer was due on February 22, 2022.

Plaintiff filed a request for the Clerk to enter a notation of default on March 11, 2022 (*Dkt. No.* 13), and the default was entered the same day. *Dkt. No.* 14. On April 20, 2022, Chief Judge Philip S. Gutierrez entered an Order transferring this case from Judge Fernando L. Aenlle-Rocha to Your Honor. *Dkt. No.* 16.

On June 21, 2022, Your Honor issued an Order directing Plaintiff to file a motion for a default judgment on or before July 7, 2022. *Dkt. No.* 19. The event was duly calendared, however, the associate who was primarily responsible for handling this case on behalf of the Firm (Nipun Marwaha, Esq.) tested positive for COVID-19 on or about June 27, 2022, and was instructed to quarantine for not less

than ten (10) days by the diagnosing physician. During his quarantine period, Mr. Marwaha suffered frequent bouts of severe fatigue, which impeded his ability to work, even remotely. While Mr. Marwaha fortunately recovered from, his COVID infection, he left the Firm without notice immediately after his recovery. This required the Firm to perform an emergency review of all cases assigned to Mr. Marwaha, in an effort to identify any and all pending due dates, including the filing of a motion for default judgment in response to the Court's Order to Show cause issued herein. Unfortunately, despite the Firm's best efforts to identify all such dates and avoid any default, as occurred here, we did not identify the deadline in this case in sufficient time to have a proper motion filed by the July 7 deadline, further complicated by the intervening July 4 holiday.

Plaintiff is now fully prepared to file a proper motion for default judgment and, respectfully requests that the Court extend the time for her to do so for a period of three (3) weeks, so as to recover from the sudden and unexpected departure of Mr. Marwaha.

### III. CONCLUSION

For all the reasons set forth herein, it is respectfully requested that the Court exercise its discretion and find that Plaintiff has provided a sufficient explanation for her failure to have filed a motion for default judgment on or before July 7, 2022, and that this action should not be dismissed for want of prosecution with Plaintiff being granted until July 29, 2022 to file a motion for a default judgment, together

with such other further and different relief the court deems just and proper.

DATED: July 13, 2022

**SANDERS LAW GROUP**

By:  */s/ Craig B. Sanders*
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123126

*Attorneys for Plaintiff*